IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

MAYRA Z NEGRON MONSERRATE

XXX-XX-8070

Debtor(s)

CASE NO. 13-04551 BKT

Chapter 13

**FILED & ENTERED ON 10/11/2013**

ORDER

The Debtor to respond to the Objection to Confirmation of Plan (docket entry # 25) & Trustee's unfavorable report (docket entry # 26)], within fourteen (14) days.  Due by October 27, 2013.

IT IS SO ORDERED.

In San Juan, Puerto Rico this 11 day of October, 2013.

Brian K. Tester
U.S. Bankruptcy Judge

C:    DEBTOR(S)
      JOSE M PRIETO CARBALLO
      ALEJANDRO  OLIVERAS RIVERA