IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>MAYRA Z NEGRON MONSERRATE<br><br><br>XXX-XX-8070<br><br><br><br>Debtor(s) | CASE NO. 13-04551 BKT<br>Chapter 13<br><br><br><br>**FILED & ENTERED ON 10/11/2013** |

NOTICE RESCHEDULING HEARING ON CONFIRMATION

The hearing on confirmation scheduled for 10/16/2013 at 09:00 A.M. will now be held on 12/19/2013 at 09:00 A.M., at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, 300 Recinto Sur, Courtroom No. 1, Second Floor, San Juan, Puerto Rico.

Deadline to Object to Confirmation of the Plan: Objections must be filed not later than ten (10) days prior the hearing on confirmation as per P.R. Local Rule 3015-2(e)(1).

San Juan, Puerto Rico, this 11 day of October, 2013.


MARIA DE LOS ANGELES GONZALEZ, ESQ.
CLERK OF THE COURT


BY: S/MARISOL LOPEZ QUINONEZ
Case Manager


CC: ALL CREDITORS